No. 59131.—Sintered Carbide Corp. and Airport Clearance Service v. United States, protest 228232–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bars containing more than 50 percent of tungsten carbide, which are not steel or iron materials or articles, the same in all material respects as those the subject of Abstract 58268, the claim of the plaintiffs was sustained.